1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY JAMES PORTER,                    No.  1:25-cv-00311 GSA (PC)

12                 Plaintiff,                ORDER VACATING ORDER DIRECTING
                                             PLAINTIFF TO FILE EITHER AN IN
13          v.                               FORMA PAUPERIS APPLICATION OR TO
                                             PAY FILING FEE IN FULL
14    L. YANG, et al.,
                                             (See ECF No. 6)
15                 Defendants.
                                             ORDER DIRECTING PLAINTIFF SHOW
16                                           CAUSE WHY HE SHOULD NOT BE
                                             REQUIRED TO PAY THE FILING FEE IN
17                                           FULL PRIOR TO PROCEEDING WITH THIS
                                             ACTION
18
                                             (See 28 U.S.C. § 1914(a), (c))
19
                                             PLAINTIFF'S SHOWING OF CAUSE OR, IN
20                                           THE ALTERNATIVE, PAYMENT OF THE
                                             FILING FEE IN FULL DUE IN FOURTEEN
21                                           DAYS

22

23          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

24    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

25    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

26          On March 17, the Court ordered Plaintiff' either to pay the filing fee in full or to file an

27    application to proceed in forma pauperis.  ECF No. 6.  For the reasons stated below, the Court's

28    order will be vacated, and instead Plaintiff will be ordered to show cause why he should not be

                                             1

1  required to pay the filing fee in full.  As an alternative to filing the showing of cause, Plaintiff

2  may pay the filing fee in full.  Plaintiff will be given fourteen days to take either course of action.

3  I.  RELEVANT FACTS

4  On March 17, 2025, the Court issued an order which directed Plaintiff either to submit an

5  application to proceed in forma pauperis or to pay the filing fee in full.  ECF No. 6.  Upon closer

6  review of the docket in this matter, it indicates that a copy of Plaintiff's six-month prison trust

7  fund account statement was docketed along with his complaint.  See ECF No. 2.  The trust

8  account statement indicates that as of March 6, 2025, Plaintiff had $3066.27 in it.  See ECF No. 2

9  at 3 (trust account statement).

10  II.  DISCUSSION

11  A.  Applicable Law

12  In order to commence an action, Plaintiff must file a complaint as required by Rule 3 of

13  the Federal Rules of Civil Procedure and must either pay both the $350.00 filing fee and the

14  $52.00 administrative fee for a civil action or, file an application requesting leave to proceed in

15  forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  The Court may authorize the

16  commencement of an action "without prepayment of fees and costs or security therefor, by a

17  person who submits an affidavit . . . that [he] is unable to pay such fee or give security therefor."

18  28 U.S.C. § 1915(a).

19  B.  Analysis

20  The Court finds that the $3066.27 amount in Plaintiff's trust account establishes that

21  Plaintiff is able to pay the $402.00 filing fee and costs.  Thus, Plaintiff has made an inadequate

22  showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v.

23  Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).  Consequently, the Court's order

24  which directed Plaintiff either to pay the filing fee in full or to file an application to proceed in

25  forma pauperis (ECF No. 6) will be vacated.  Instead, Plaintiff will be ordered to show cause why

26  he should not be required to pay the $402.00 filing fee in full prior to proceeding with this action.

27  As an alternative to filing the showing of cause, Plaintiff may pay the filing fee in full.  Plaintiff

28  will be given fourteen days to take either course of action.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Court's March 17, 2025, order which directed Plaintiff either to submit an in forma pauperis application or to pay the filing fee in full (<u>see</u> ECF No. 6), is VACATED;

2.  Plaintiff is ordered to SHOW CAUSE why he should not be required to pay the filing fee in full prior to proceeding any further with this action;

3.  As an ALTERNATIVE to filing the showing of cause, Plaintiff may pay the filing fee in full.  <u>See</u> 28 U.S.C. § 1914(a)-(c), and

4.  Plaintiff shall have fourteen days to take either course of action.

**Plaintiff is cautioned that failure to respond to this order within the time allotted may result in a recommendation that this action be dismissed.**


IT IS SO ORDERED.

Dated:  __**March 18, 2025**__                    _____**/s/ Gary S. Austin**_____
                                                                      UNITED STATES MAGISTRATE JUDGE

3