# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YANG, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00311-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 13)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE AND COPIES<br><br>(ECF No. 14)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2025, the Court issued findings and recommendations that recommended this action be dismissed, without prejudice, for failure to obey a court order and for Plaintiff's failure to prosecute this action. (ECF No. 12.) Plaintiff was directed to file any objections to the findings and recommendations within fourteen (14) days. (*Id.*)

On December 30, 2025, Plaintiff filed a motion for a thirty-day extension of time to file his objections. (ECF No. 13.) Plaintiff asserts that he only became aware of the findings and recommendations on December 20, 2025, and he never received the findings and

1

recommendations. (*Id.* at 3.) Plaintiff claims the mailroom staff refused to give him his legal mail and he has filed a grievance. (*Id.*) Plaintiff also filed a motion requesting that the Court (1) confirm that his motion requesting an extension of time was filed, (2) provide defendants with a copy of the motion; and (3) provide him a copy of the motion. (ECF No. 14.)

Having considered the request, the Court finds that Plaintiff has presented good cause for the requested extension of time. Fed. R. Civ. P. 6(b). However, Plaintiff's request for service of the motion on defendants and his request for a copy of the motion will be denied.

As to service of the motion, Defendants have not been served with the complaint and have not appeared in this action, making service of the motion for an extension of time unnecessary.

As to the request for a copy of the motion, Plaintiff is reminded that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding in forma pauperis. *See Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959.) Plaintiff is responsible for maintaining his own records for this proceeding. Plaintiff is informed that the Clerk charges $0.50 per page for copies of documents. *See* 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.

Based on the above, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time to file objections to the pending findings and recommendations, (ECF No. 13), is GRANTED. Plaintiff shall file his objection to the December 15, 2025 findings and recommendations within **thirty (30) days** from the date of service of this order.
2. Plaintiff's motion for service and copies of the motion for extension of time, (ECF No. 14), is DENIED.

IT IS SO ORDERED.

Dated:   **January 5, 2026**          /s/ *Barbara A. McAuliffe*          
                                    UNITED STATES MAGISTRATE JUDGE

2