**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY JAMES PORTER,<br><br>        Plaintiff,<br><br>    v.<br><br>YANG, *et al.*,<br><br>        Defendants. | No.  1:25-cv-00311 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 19) |

Larry James Porter is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 3, 2025, the magistrate judge screened the complaint and found that Plaintiff state a cognizable claim against Defendant Sergeant Jane Doe for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment against the California Department of Corrections and Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act, but failed to state any other cognizable claims for relief against any other defendant.  (Doc. 10.)  The Court directed Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the cognizable claims.  (*Id.*)  On January 29, 2026, Plaintiff notified the Court that he did not wish to amend his complaint and was willing to proceed only on his cognizable claims.  (Doc. 18.)

On February 4, 2026, following Plaintiff's notice, the magistrate judge issued findings and

recommendations recommending that this action proceed on Plaintiff's complaint, filed March 4, 2025, against Defendant Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant CDCR for violation of the Americans with Disabilities Act, and that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted.  (Doc. 19.)  The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days.  (*Id.*)  The Court also warned Plaintiff that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff has not filed objections and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on February 4, 2026, (Doc. 19), are **ADOPTED**.

2. This action **SHALL PROCEED** on Plaintiff's complaint against Defendant Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant CDCR for violation of the Americans with Disabilities Act.

3. All other claims and defendants are **DISMISSED** based on Plaintiff's failure to state claims upon which relief may be granted.

4. The action is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

UNITED STATES DISTRICT JUDGE

2