# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER, | Case No.  1:25-cv-00311-JLT-BAM (PC) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO PROVIDE WRITTEN NOTICE IDENTIFYING DEFENDANT JANE DOE FOR SERVICE OF PROCESS |
| v. | |
| YANG, *et al.*, | |
| Defendants. | **NINETY (90) DAY DEADLINE** |

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 3, 2026, the Court ordered that this action proceed on Plaintiff's complaint against Defendant Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant California Department of Corrections and Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act (ECF No. 21.)  By separate order, the Court has directed service of the complaint on Defendant CDCR.

At this time, the Court does not find service appropriate for Defendant Jane Doe Sergeant because the U.S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U.S. Marshal to serve Defendant Jane Doe Sergeant, Plaintiff will be required to identify her with enough information to locate the defendant for service of process.  Once Plaintiff identifies

1

Defendant Jane Doe Sergeant for service, he should file a motion to substitute the identity of Defendant Jane Doe Sergeant in the complaint.  If the motion is granted, the Court will direct the U.S. Marshal to serve Defendant Jane Doe Sergeant.  However, if Plaintiff fails to identify Defendant Jane Doe Sergeant, then any unidentified defendant will be dismissed from this action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **ninety (90) days** from the date of service of this order, Plaintiff SHALL file a motion to substitute the identity of Defendant Jane Doe Sergeant that provides the Court with enough information to locate her for service of process; and

2. **The failure to comply with this order will result in dismissal of any unidentified defendant(s) from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:    **March 4, 2026**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2