# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY JAMES PORTER,

              Plaintiff,

    v.

YANG, *et al.*,

              Defendants.

Case No.  1:25-cv-00311-JLT-BAM (PC)

ORDER TO SHOW CAUSE WHY DEFENDANT JANE DOE SHOULD NOT BE DISMISSED FROM THIS ACTION FOR FAILURE TO PROVIDE SUFFICIENT INFORMATION TO EFFECTUATE SERVICE

(ECF No. 23)

**THIRTY (30) DAY DEADLINE**

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant California Department of Corrections and Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act.

On March 4, 2026, the Court issued an order directing service on Defendant CDCR under the Court's E-Service pilot program for civil rights cases for the Eastern District of California. (ECF No. 24.)  The order indicated that the Court did not find service appropriate for Defendant Jane Doe Sergeant.  (*Id.*)  By separate order, the Court informed Plaintiff that before it ordered the U.S. Marshal to serve Defendant Jane Doe Sergeant, Plaintiff would be required to identify her with enough information to locate her for service of process.  (ECF No. 23.)

1

On March 16, 2026, Plaintiff filed a motion request that the Court serve Defendant Jane Doe Sergeant. (ECF No. 27.)  In the motion, Plaintiff provided additional information to locate the defendant for service of process, including place of employment, assignment and watch, relevant dates, and position. (*Id.*)

On March 23, 2026, the Court granted Plaintiff's motion and issued an order directing service on Defendant Jane Doe Sergeant under the Court's E-Service pilot program for civil rights cases. (ECF No. 28.)  The order included the following information regarding Defendant Jane Doe Sergeant: "(Unknown/Jane Doe) Sergeant, A.D.A.; Substance Abuse Treatment Facility; assigned to Restricted Housing Unit (R.H.U.), second watch; on or about August 17, 2024 until September 3, 2024." (*Id.* at 2.)  On March 25, 2026, the Court received information that Defendant Jane Doe Sergeant could not be identified.

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Here, Defendant Jane Doe Sergeant could not be electronically served with the information that Plaintiff provided.  Plaintiff therefore has not provided sufficient information to locate Defendant Jane Doe Sergeant for service of process.  If Plaintiff is unable to provide the necessary information to locate this defendant, then Defendant Jane Doe Sergeant shall be dismissed from this action, without prejudice.

Pursuant to Rule 4(m), the Court will provide Plaintiff with the opportunity to show cause why Defendant Jane Doe Sergeant should not be dismissed from the action at this time.  Plaintiff may respond to this order by providing additional information that will assist in locating Defendant Jane Doe Sergeant for service of process.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause

2

why Defendant Jane Doe Sergeant should not be dismissed from this action; and

2.  **The failure to respond to this order or the failure to show cause will result in the dismissal of any unidentified defendant from this action due to Plaintiff's failure to serve process pursuant to Federal Rule of Civil Procedure 4(m).**

IT IS SO ORDERED.

Dated:   __**March 31, 2026**__                    ___/s/ *Barbara A. McAuliffe*___
                                                   UNITED STATES MAGISTRATE JUDGE