# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER, | Case No.  1:25-cv-00311-JLT-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION REQUESTING INVESTIGATOR |
| v. | (ECF No. 37) |
| YANG, *et al.*, | |
| Defendants. | |

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint against Defendant Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant California Department of Corrections & Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act.

Currently before the Court is Plaintiff's motion requesting an investigator, filed May 8, 2026.  (ECF No. 37.)  Plaintiff requests an investigator to obtain Jane Doe information due to limited resources and availability of discovery.  (*Id.*)

Defendant CDCR has not had an opportunity to respond, but the Court does not find any response necessary. Defendant CDCR will not be prejudiced by the immediate consideration of this motion. Local Rule 230(l).

Plaintiff is reminded that the filing fee has been paid, and he is not proceeding *in forma*

1

*pauperis* in this action. The Court is not aware of any authority that would allow the appointment of an investigator for a litigant in a civil action who is not proceeding *in forma pauperis*. Even if he were proceeding *in forma pauperis*, the *in forma pauperis* statute does not authorize the expenditure of public funds in a civil rights case for the purposes sought by Plaintiff in the instant request. *See* 28 U.S.C.A. § 1915; *see also Snow v. Mar*, 785 F. App'x 465, 466 (9th Cir. 2019) ("[T]here is no statutory authorization for a court-appointed investigator for civil litigants proceeding in forma pauperis."); *Davis v. Portillo*, No. 1:22-cv-00457-KES-CDB (PC), 2024 WL 1313043, at *1 (E.D. Cal. Mar. 27, 2024 ("The *in forma pauperis* statute does not authorize the expenditure of public funds for investigators."); *Davis v. Walker*, No. 2:08-cv-0593 KJM DB, 2024 WL 1463373, at *2 (E.D. Cal. Apr. 4, 2024) (concluding in forma pauperis statute does not authorize federal courts to spend public funds on investigators).

Accordingly, Plaintiff's motion requesting an investigator to obtain Jane Doe information (ECF No. 37) is DENIED.

IT IS SO ORDERED.

Dated: __**May 25, 2026**__            _____/s/ *Barbara A. McAuliffe*_____
                                        UNITED STATES MAGISTRATE JUDGE

2