**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LARRY JAMES PORTER,

Plaintiff,

v.

YANG, *et al.*,

Defendants.

Case No. 1:25-cv-00311 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANT JANE DOE SERGEANT, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 51)

Larry James Porter seeks to hold the defendants liable for violations of his civil rights in this action pursuant to 42 U.S.C. § 1983. The action proceeds on his claims: (1) against Jane Doe Sergeant for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and (2) against the California Department of Corrections and Rehabilitation for violation of the Americans with Disabilities Act.

On July 14, 2026, the Court granted Plaintiff's motion to substitute Sgt. J. Sauceda in place of Jane Doe. (Doc. 48.) The Court directed Plaintiff to file a first amended complaint substituting the name of Sgt. J. Sauceda for any reference to Defendant Jane Doe Sergeant within 30 days. (*Id.* at 3-4.) The Court informed Plaintiff that once he filed the amended complaint, it would be served upon Sauceda. (*Id.* at 4.) The Court also expressly warned Plaintiff that the failure to comply with the order would result in dismissal of any unidentified defendants from this action, without prejudice, for failure to serve with process pursuant to Federal Rule of Civil

Procedure 4(m). (*Id.*)

After Plaintiff failed to comply with the order, the magistrate judge issued Findings and Recommendations that recommended that Jane Doe Sergeant be dismissed from this action, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 51.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 4.) The Court also informed Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 4-5, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time in which to do so has expired.

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 2, 2026 (Doc. 51) are **ADOPTED** in full.
2. Defendant Jane Doe Sergeant is **DISMISSED** without prejudice.
3. This action **SHALL** proceed **only** on Plaintiff's claim against the CDCR for violation of the Americans with Disabilities Act.
4. The Clerk of Court is directed to update the docket and terminate Jane Doe Sergeant as a defendant.

IT IS SO ORDERED.

Dated: October 4, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE