# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LARRY JAMES PORTER,

Plaintiff,

v.

YANG, *et al.*,

Defendants.

Case No. 1:25-cv-00311-JLT-BAM (PC)

ORDER DENYING REQUEST FOR SUBMISSION OF ADDENDUM TO THIS CASE

(ECF No. 42)

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on March 4, 2025, and the matter was transferred to this Court on March 14, 2025. (ECF Nos. 1, 4.) The action proceeds only against the California Department of Corrections and Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act ("ADA").

On May 26, 2026, Plaintiff filed the instant motion requesting submission of addendum to this case. (ECF No. 42.) Plaintiff states that "[a]s a result of the recent 602 grievance being granted plaintiff request permission by the court of addendum to case." (*Id.*) Plaintiff attaches an April 27, 2026 Office of Appeals Decision regarding legal mail from the Court sent to Plaintiff at RJ Donovan Correctional Facility between October 8, 2025 through December 20, 2025. (*Id.*) Plaintiff also attaches a letter to the Clerk of the Court regarding correspondence from the Court sent to Plaintiff on November 5, 2025. (*Id.*)

Insofar as Plaintiff is attempting to add a new claim to this action regarding his legal mail, the Court construes the filing as a motion to supplement the complaint.

Federal Rule of Civil Procedure 15(d) states, "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). A supplemental complaint addresses matters occurring after the original complaint is filed. Fed. R. Civ. P. 15(d). "While leave to permit supplemental pleadings is favored, it cannot be used to introduce a separate, distinct and new cause of action." *Planned Parenthood of So. Arizona v. Neely*, 130 F.3d 400, 402 (9th Cir. 1997) (internal quotation marks and citation omitted).

Plaintiff provides no information indicating that the mail incidents identified in his request relate to the ADA claim at issue in this action. Allowing Plaintiff to add a separate, distinct and new cause of action unrelated to his ADA claim would not serve the interests of judicial economy and convenience. Any proposed claim regarding his mail is not sufficiently related to the present ADA claim against CDCR.

Insofar as Plaintiff is requesting permission to submit exhibits related to his legal mail or an administrative appeal, Plaintiff is reminded that the Court will not serve as a repository for the parties' evidence. (*See* ECF No. 5.)

Accordingly, Plaintiff's request for submission of addendum to this case (ECF No. 42) is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **October 7, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE