# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER,<br>Plaintiff,<br>v.<br>YANG, *et al.*,<br>Defendants. | Case No. 1:25-cv-00311-JLT-BAM (PC)<br>ORDER DIRECTING DEFENDANT CDCR TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT CDCR'S DISCOVERY REQUESTS (SET ONE)<br>(ECF No. 63)<br>**TEN (10) DAY DEADLINE** |

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds against Defendant J. Sauceda for deliberate indifference to medical need and conditions of confinement in violation of the Eighth Amendment and against Defendant California Department of Corrections and Rehabilitation ("CDCR") for violation of the Americans with Disabilities Act. Defendant CDCR answered the complaint on May 8, 2026.[1] (ECF No. 35.)

On July 13, 2026, the Court issued a discovery and scheduling order, which set the exhaustion motion deadline as November 13, 2026, the deadline for completion of discovery as March 13, 2027, and the deadline for filing all dispositive motions (other than a motion for

[1] The Court directed electronic service of the first amended complaint on Defendant J. Sauceda on October 16, 2026. (ECF No. 58.)

summary judgment for failure to exhaust) as May 24, 2027. (ECF No. 47.) On November 12, 2026, the Court granted Defendants' motion to extend the exhaustion motion deadline to January 12, 2027. (ECF No. 62.)

Currently before the Court is Plaintiff's motion for an extension of time to respond to CDCR's discovery requests (set one), filed November 12, 2026. (ECF No. 63.) In his motion, Plaintiff states that he is currently housed in the infirmary at Richard J. Donovan Correctional Facility and is suffering from Stage IV terminal metastatic lung cancer, severe pain, and physical limitations from chest drainage. (*Id.*) Due to his active medical treatments, heavy prescribed medications, upcoming chemotherapy, and physical immobility, Plaintiff is physically unable to review, research or draft responses to CDCR's discovery requests. Plaintiff therefore requests a 60-day extension of time to serve his responses to CDCR's requests for admissions, interrogatories, and requests for production of documents. (*Id.*)

The Court finds it appropriate to obtain an expedited response from CDCR regarding the motion. Accordingly, CDCR shall file an opposition or statement of non-opposition to Plaintiff's motion within **ten (10) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **November 18, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE